AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __Alaska__

FILED
OCT 25 1993
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA
V.

TERRY EDWARD WILSON

**CRIMINAL COMPLAINT**

CASE NUMBER: A91-238 m

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _September 26, 1991_ at _Ketchikan_ county in the District of _Alaska,_ the defendant(s) did, (Track Statutory Language of Offense)

TERRY EDWARD WILSON did move and travel in interstate commerce with intent to avoid prosecution under the laws of the State of Alaska for Failure to Appear, two counts, in violation of Alaska Statute 12.30.060(1),

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant   LARRY G. OTT

Sworn to before me and subscribed in my presence,

__11/25/91__                          at  __Anchorage, Alaska__
Date                                      City and State

**REDACTED SIGNATURE**

__John D. Roberts__                   _____
Name & Title of Judicial Officer U.S. Magistrate   Signature of Judicial Officer
                                   Judge