A91-238m

## AFFIDAVIT

1. I, Larry G. Ott, am and have been a Special Agent (SA) of the Federal Bureau of Investigation (FBI) for over 20 years and am assigned to the Juneau, Alaska, Resident Agency. I investigate crimes against the United States, including fugitive matters and Unlawful Flight to Avoid Prosecution matters.

2. On November 14, 1991, I was personally advised by Dale Young, Detective, Ketchikan Police Department, that he has conducted a fugitive investigation on Terry E. Wilson and has determined Wilson may be located at 11108 Chemault Road, Number 525, Mukilteo, Washington 98275. Young further advised that Assistant District Attorney Steve West, Ketchikan, Alaska, has approved extradition and prosecution of Terry Edward Wilson.

3. Dale Young also told me Terry E. Wilson is the subject of an arrest warrant charging him with violation of Alaska Statute 12.30.060(1), Failure to Appear, two counts, a felony under the laws of the State of Alaska, with bail set at $50,000.00. This warrant was issued September 26, 1991, by Superior Court Judge Thomas E. Schulz, Ketchikan, Alaska.

4. Dale Young also told me Terry E. Wilson is the subject of an arrest warrant charging him with violation of Alaska Statute 12.30.060(1), Failure to Appear, one count, with bail set at $5,000.00. This warrant was issued March 7, 1991, by Superior Court Judge Thomas E. Schulz, Ketchikan, Alaska.

5. Your affiant is available to respond to any inquiry by the issuing magistrate or judge. Pursuant to Rule 41 of Rules of Criminal Procedure, such inquiry must be recorded and the affiant placed under oath.

Further, Affiant sayeth not.

LARRY G. OTT
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to before me on this 25th day of November, 1991.

**REDACTED SIGNATURE**

JOHN D. ROBERTS
U.S. Magistrate Judge

2