## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    TERRY EDWARD WILSON

THE HONORABLE JOHN D. ROBERTS         CASE NO.  A91-0238 MJ (JDR)

  Deputy Clerk                        Official Recorder

  Dan Maus

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

FILED NOV 08 1995

    The government is hereby directed to file a report as to the status of the above mentioned case within thirty days of this order and advise the court as to if the case is resolved or if the warrant of arrest should still stand.

cc: US Attorney, US Marshal

DATE: November 8, 1995                         INITIALS: dm
                                                Deputy Clerk

[FORMS*IA*]

