ROBERT C. BUNDY
United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney

Federal Building & U.S. Courthouse
Room 253
222 West 7th Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071

Attorneys for the Plaintiff

RECEIVED
AFTER 4:30 P.M.

FILED

JAN 24 1996

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. A91-0238 MJ (JDR) |
| v. | ) | |
| TERRY EDWARD WILSON, | ) | STATUS REPORT |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its counsel, and pursuant to the Court's Order filed November 8, 1995, submits the following status report in the above-captioned matter.

Defendant Terry Edward Wilson remains a fugitive to avoid prosecution for the crime of re-entry of deported alien, therefore, the warrant of arrest should remain in effect.

Respectfully submitted this 24th day of January 24, 1996, at Anchorage, Alaska.

>ROBERT C. BUNDY
>United States Attorney
>
>*Karen L. Loeffler*
>KAREN L. LOEFFLER
>Assistant U.S. Attorney