UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
JUN 0 5 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA   v.   TERRY EDWARD WILSON

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                    CASE NO.   A91-238 MJ (JDR)
                                                           ~~A92-0026-CR (JKS)~~

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 5, 2000

The government is hereby directed to file a report as to the status of the above mentioned case within thirty days of this order and advise the court as to if the case is resolved or if the warrant of arrest should still stand.

A91-0238--MJ (JDR)
-----------------
K. LOEFFLER (US-ATTNY)

{IA.WPD*Rev.12/96}