U.S. DISTRICT COURT
DISTRICT OF ALASKA

2000 JUN 33 AM 9:56
Jul 03

ROBERT C. BUNDY
United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney

Federal Building & U.S. Courthouse
Room 253
222 West 7th Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A91-0238 MJ (JDR) |
| Plaintiff, | ) | |
| v. | ) | STATUS REPORT |
| TERRY EDWARD WILSON, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its counsel, and pursuant to the Court's Order filed June 5, 2000, submits the following status report in the above-captioned matter.

Defendant Terry Edward Wilson remains a fugitive to avoid prosecution for the crime of Failure to Appear, two counts, a violation of Alaska Statute 12.30.060(1), a violation of 18 U.S.C. § 1073, therefore, the warrant of arrest should remain in effect.

Respectfully submitted this 3rd day of July, 2000, at Anchorage, Alaska.

ROBERT C. BUNDY
United States Attorney

_____
KAREN L. LOEFFLER
Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2000, at Anchorage, Alaska.

_____
HONORABLE JOHN D. ROBERTS
U.S. Magistrate Judge

2