TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED

FEB 07 2002

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A91-0238 MJ (JDR) |
|---|---|---|
| Plaintiff, | ) | STATUS REPORT PURSUANT TO COURT'S ORDER OF JANUARY 31, 2002 |
| vs. | ) | |
| TERRY EDWARD WILSON, | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and pursuant to the court's order of January 31, 2002 submits the following status report. The defendant is still a fugitive and the warrant of arrest

//

//

should stand.

RESPECTFULLY SUBMITTED this 7th day of February, 2002, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*Karen L. Loeffler*

KAREN L. LOEFFLER
Assistant U.S. Attorney