**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

**FILED**

**JUN 0 9 2004**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy 

UNITED STATES OF AMERICA    v.    TERRY EDWARD WILSON

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                              CASE NO. A91-0238 MJ (JDR)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: June 9, 2004

      The government is directed to file a report as to the status of the above mentioned case within thirty days of this order and advise the court as to if the case is resolved or if the warrant of arrest should still stand.

---

A91-0238--MJ (JDR)    pm  ce(9(o4

K. LOEFFLER (US-ATTNY)
US MARSHAL