TIMOTHY M. BURGESS
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A91-0238 MJ (JDR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATUS REPORT** |
| vs. | ) | **PURSUANT TO COURT'S** |
| | ) | **ORDER** |
| TERRY EDWARD WILSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, pursuant to the court's order submits the following status report. The defendant is

//

1

still a fugitive and the warrant of arrest should stand.

RESPECTFULLY SUBMITTED this 20th day of July, 2004, in Anchorage, Alaska.

                                        TIMOTHY M. BURGESS
                                      United States Attorney

                                      */s/ Karen L. Loeffler*

                                      KAREN L. LOEFFLER
                                      Assistant U.S. Attorney