NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY EDWARD WILSON,<br><br>Defendant. | Case No. 3:91-mj-00238-JDR<br><br>**MOTION OF THE UNITED STATES TO DISMISS COMPLAINT AND QUASH ARREST WARRANT** |

The United States files with the court a Motion to Dismiss the charges pursuant to Fed. R. Crim. P. 48(a) without prejudice in the above captioned case.

//

//

The government further requests that the outstanding arrest warrant be quashed.

    RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

    NELSON P. COHEN
United States Attorney


s/ Karen L. Loeffler
KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov