IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:91-mj-00238-JDR |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **MOTION OF THE UNITED** |
| vs. | ) | **STATES TO DISMISS** |
| | ) | **COMPLAINT AND QUASH** |
| TERRY EDWARD WILSON, | ) | **ARREST WARRANT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Motion to Dismiss Complaint and Quash Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this 6th day of Aug, 2007, at Anchorage, Alaska.

/s/ John D. Roberts, USMJ
_Signature Redacted_
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE

